**VERUS LAW GROUP, APC**
Holly Walker, Bar No.: 178356
Mark N. Strom, Bar No.: 134443
2623 West Manchester Blvd.
Inglewood, CA 90305
Telephone: (310) 453-5053
Facsimile: (310) 306-7700
e-mail address: holly@veruslawgroup.com

Attorneys for Secured Creditor
PREMIER CAPITAL, LLC, as Assignee of
NC VENTURE I, L.P., a Delaware limited partnership

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE

| | |
|---|---|
| In re: <br><br> LINDA K. MEINBERG, <br><br> Debtor. | CASE NO.: 6:22-bk-11532-WJ <br><br> CHAPTER 7 <br><br> DECLARATION OF OSCAR WEI RE: MEDIAN SALE PRICE OF SINGLE FAMILY RESIDENCE FOR RIVERSIDE COUNTY FOR 2021 <br><br> Date: July 26, 2022 <br> Time: 1:00 pm <br> Place: Courtroom 304 <br> 3420 Twelfth St. <br> Riverside, CA 92501 |

I, Oscar Wei, do hereby declare:

1. I am the Deputy Chief Economist of California Association of Realtors (hereafter "C.A.R."). My office address is 525 W. Virgil Avenue, in Los Angeles, California 90020. My telephone number is 213-739-8348. I have been employed by C.A.R. for 19 years. The facts set forth herein are personally known to me and I have first hand knowledge of the same. If called as a witness, I could and would competently testify to the facts set forth in this declaration

2. California Association of Realtors ("C.A.R.") is a non-profit organization

1

DECLARATION OF OSCAR WEI RE: MEDIAN SALE PRICE OF SINGLE FAMILY RESIDENCE FOR RIVERSIDE COUNTY FOR 2021

founded in 1905 and dedicated to the advancement of professionalism in real estate. C.A.R. has focused on the development and distribution of products, programs and services which not only assist its members but also operates as a benefit to the public at large by promoting real property ownership and the preservation of real property rights. As part of its services, C.A.R. provides housing market forecasts, current sales & price statistics and historical housing data. With respect to sales statistics for existing single family homes, county sales data is obtained from more than 90 association of Realtors/multiple listing services throughout the state of California.

    3.    The Riverside County median sale price for the calendar year 2021 is as follows:

    A.    Existing home sales (detached - single family homes):    $560,000.00

The Riverside County median sales prices referenced above was generated from sales transactions extracted from data collected from more than 90 associations/multiple listing services in the state of California. The transaction data for all closed sales is downloaded around the 8th day of each month and stored in our internal database for statistical purposes. The median prices reflect sales closed in Riverside County between January 1, 2021 through December 31, 2021, that were listed on multiple listing services. The median price of all existing homes sales represents the mid-price point of all closed sales of existing single family homes, detached for the calendar year 2021.

    4.    As Deputy Chief Economist of C.A.R., I have access to all the raw data collected and am able to determine the median price for a single family residence (detached) from all of the reported sales figures for the calendar year 2021 for Riverside County as maintained on our computer system. Specifically, I used an interactive data visualization software called Tableau to pull the statistics from our internal data base. I then specified the required parameters for this particular search, *i.e.*, Riverside County sales of SFR for the calendar year 2021, and the software looks throughout the database containing the raw data, and pulls all of the closed sales transactions within the parameters and computes the median sale price. Due to confidentiality agreements with MLS ("Multiple Listing Services"), C.A.R. is only able to

2

publish and disseminate compiled statistics such as the median sale price and not each and every sale price individually reported to it.

I declare under penalty of perjury under the laws of the United States of America to be true and correct.

Executed this 8TH day of June 2022, at Los Angeles, California.

Oscar Wei

3

DECLARATION OF OSCAR WEI RE: MEDIAN SALE PRICE OF SINGLE FAMILY RESIDENCE FOR RIVERSIDE COUNTY FOR 2021