# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

| | |
|---|---|
| **Tuesday, July 26, 2022** | **Hearing Room 304** |

**1:00 PM**

**6:22-11532   Linda K Meinberg**   **Chapter 7**

**#8.00**   Motion to avoid lien of Premier Capital, LLC as Assignee Of NC Venture I, LP

[Property: 1510 Corsica Avenue, Riverside, CA 92506]

Docket   7

**Matter Notes:**

PRESENT: B. HESTON
M. STROM

( ) Motion granted.

( ) Motion denied.

( ) Fees And Costs Approved Pursuant To The Posted Ruling.

( ) Vacated.  Matter is moot due to dismissal or conversion of case.

(X) Continued to   11/18/22 AT 10:00 A.M.

( ) Motion withdrawn.

( ) Prevailing party shall prepare an order.

( ) Chambers shall prepare an order.

# United States Bankruptcy Court
# Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

| Tuesday, July 26, 2022 | Hearing Room 304 |

**1:00 PM**
**CONT...**  Linda K Meinberg                                                                                                 Chapter 7

**Tentative Ruling:**

- NONE LISTED -

## Party Information

**Debtor(s):**

Linda K Meinberg            Represented By
                            Benjamin R Heston

**Trustee(s):**

Robert Whitmore (TR)        Pro Se