# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

Tuesday, August 9, 2022      Hearing Room    304

<u>3:00 PM</u>
**6:22-11532**    **Linda K Meinberg**        **Chapter 7**

     **#8.00**    Hrg re status conference

                        Docket     0

**Matter Notes:**

    PRESENT:

    Counsel for the Debtor(s):

    _____B. HESTON_____

    _____—OFF CALENDAR—_____

( )    Vacated. Matter is moot due to dismissal or conversion of case.

( )    Status Conference continued to _____. Counsel of record for the debtor(s) shall appear personally at the continued status conference.

( )    Continued to _____.

( )    Prevailing party shall prepare an order.

( )    Chambers shall prepare an order.

( )    Status conference concluded.

**Tentative Ruling:**

    - NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

    Linda K Meinberg                    Represented By
                                           Benjamin Heston

# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Tuesday, August 9, 2022**      **Hearing Room 304**

**3:00 PM**
**CONT...    Linda K Meinberg**      **Chapter 7**

**Trustee(s):**

     Robert Whitmore (TR)      Pro Se