**ORIGINAL**

# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Friday, November 18, 2022**    Hearing Room   304

**10:00 AM**
**6:22-11532**   Linda K Meinberg    Chapter 7

#1.00   Motion to avoid lien of Premier Capital, LLC as Assignee Of NC Venture I, LP

[Property: 1510 Corsica Avenue, Riverside, CA 92506]

FROM: 7-26-22

Docket   7

**Matter Notes:**

PRESENT: B. HESTON
         H. WALKER

( ) Motion granted.

( ) Motion denied.

( ) Fees And Costs Approved Pursuant To The Posted Ruling.

( ) Vacated.  Matter is moot due to dismissal or conversion of case.

(✓) Continued to  11/30/22 AT 10:01 AM.

( ) Motion withdrawn.

( ) Prevailing party shall prepare an order.

( ) Chambers shall prepare an order.

# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

| Friday, November 18, 2022 | Hearing Room 304 |
|---|---|

**10:00 AM**
**CONT...**    Linda K Meinberg                                                                              Chapter 7

**Tentative Ruling:**

- NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

Linda K Meinberg                          Represented By
                                          Benjamin R Heston

**Trustee(s):**

Robert Whitmore (TR)                      Pro Se