# ORIGINAL

United States Bankruptcy Court
Central District of California
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

**Wednesday, November 30, 2022**　　　　　　　　　　　　　　　　　**Hearing Room  304**

10:00 AM
**6:22-11532    Linda K Meinberg**　　　　　　　　　　　　　　　　　　　　**Chapter 7**

#1.00    Evidentiary hrg re motion to avoid lien of Premier Capital, LLC as Assignee Of NC Venture I, LP

[Property: 15310 Corsica Avenue, Riverside, CA 92506]

FROM: 7-26-22, 11-18-22

　　　　　　　　　　　　　Docket    7

**Matter Notes:**

PRESENT: *B. HESTON*

*H. WALKER*

*HOUSE VALUED AT $875,000 AS OF 4/26/22.*

( )  Motion granted.

( )  Motion denied.

( )  Fees And Costs Approved Pursuant To The Posted Ruling.

( )  Vacated. Matter is moot due to dismissal or conversion of case.

( )  Continued to _____.

( )  Motion withdrawn.

( )  Prevailing party shall prepare an order.

( )  Chambers shall prepare an order.

# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Wednesday, November 30, 2022**                                              **Hearing Room**    **304**

<u>10:00 AM</u>
**CONT...**    **Linda K Meinberg**                                                              **Chapter 7**

**Tentative Ruling:**

- NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

Linda K Meinberg                          Represented By
                                          Benjamin R Heston

**Trustee(s):**

Robert  Whitmore (TR)                     Pro Se