| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br><br>NEXUS_BANKRUPTCY<br>BENJAMIN HESTON (297798)<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Tel: 951.290.2827<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for: Debtor* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>DEC 07 2022<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** gooch **DEPUTY CLERK** |
|---|---|

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| In re:<br><br>LINDA K. MEINBERG,<br><br>                               Debtor(s). | CASE NUMBER: 6:22-bk-11532-WJ<br>CHAPTER: 7 |
|---|---|
| | **ORDER GRANTING DEBTOR'S MOTION TO AVOID LIEN UNDER**<br>**11 U.S.C.§ 522(f) (REAL PROPERTY)** |
| | <u>Hearing</u>:<br>Date:   November 30, 2022<br>Time:  10:00 a.m.<br>Crtrm.: 304 |

Creditor Holding Lien to be Avoided*:* NC Venture I, LP

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                                            Page 1                            **F 4003-2.1.AVOID.LIEN.RP.ORDER**

On May 20, 2022, the debtor, Linda Meinberg, filed a motion to avoid a judgment lien of Premier Capital LLC and NC Venture I, LP pursuant to 11 U.S.C. § 522(f) [docket #7].  The Court held a preliminary hearing regarding the motion on July 26, 2022 and then conducted evidentiary hearings on November 18, 2022 and November 30, 2022.  At the end of the hearing on November 30th, the Court made extensive findings of fact and conclusions of law on the record.  Based on those findings and conclusions, the Court entered an order earlier today finding that the value of the real property located at 15310 Corsica Avenue, Riverside, CA 92506 was $875,000 as of April 26, 2022.  See Docket #26.

As a result, the motion is granted in part as follows. The abstract of judgment of NC Venture I, LP recorded on January 30, 2003 with the county recorder for Riverside County as instrument 2003-071865 is void and unenforceable, in part, with respect to the real property located at 15310 Corsica Avenue, Riverside, CA 92506 ("Property").  The lien created by the abstract of judgment remains attached to the Property in the amount of $130,058.30.  However, the lien is avoided and no longer attaches to the Property with respect to all obligations owed in excess of $130,058.30.  Thus, the amount of the lien has been reduced to $130,058.30 (and remains secured by the Property in that amount) and all excess amounts of the lien have been extinguished and can no longer be enforced against the Property.

This order does not invalidate or prevent the enforcement of the abstract of judgment or any lien arising from it against any other property other than the Property.

IT IS SO ORDERED.

Date: December 7, 2022

_____
Wayne Johnson
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*    Page 2    F 4003-2.1.AVOID.LIEN.RP.ORDER