United States Bankruptcy Court

Central District of California

In re:                                                                    Case No. 22-11532-WJ

Linda K Meinberg                                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Dec 07, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda K Meinberg, 15310 Corsica Avenue, Riverside, CA 92506-5788 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2022            Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Linda K Meinberg bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Holly Walker | on behalf of Creditor Premier Capital  LLC holly@veruslawgroup.com |
| Robert Whitmore (TR) | rswtrustee@yahoo.com  rwhitmore@ecf.axosfs.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

**FILED & ENTERED**

**DEC 07 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

LINDA K. MEINBERG,

                              Debtor.

Case No.: 6:22-bk-11532-WJ

CHAPTER 7

**VALUATION ORDER**

Hearing:
Date:   November 30, 2022
Time:   10:00 a.m.
Ctrm.: 304

1        On May 20, 2022, the debtor, Linda Meinberg, filed a motion to avoid a judgment lien of

2    Premier Capital LLC and NC Venture I, LP pursuant to 11 U.S.C. § 522(f) [docket #7].  The

3    Court held a preliminary hearing regarding the motion on July 26, 2022 and then conducted

4    evidentiary hearings on November 18, 2022 and November 30, 2022.  At the end of the hearing

5    on November 30th, the Court made extensive findings of fact and conclusions of law on the

6    record.

7        For the reasons stated on the record, the Court hereby ORDERS:

8    1.    The Court finds and determines that the value of the real property located at

9    15310 Corsica Avenue, Riverside, CA 92506 was $875,000 as of April 26, 2022.

10   IT IS SO ORDERED.

11                        ###

Date: December 7, 2022

Wayne Johnson
United States Bankruptcy Judge