FILED
NOV 18 2022
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

NEXUS_BANKRUPTCY
BENJAMIN HESTON (297798)
100 Bayview Circle, Suite 100
Newport Beach, CA 92660
Tel: 951.290.2827
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

LINDA K. MEINBERG,

    Debtor.

Case No: 6:22-bk-11532-WJ

Chapter 7

MOVANT'S EXHIBITS IN SUPPORT OF MOTION TO AVOID LIEN

**Hearing:**
Date: November 18, 2022
Time: 10:00 a.m.
Courtroom: 304

    Movant, Linda K. Meinberg, hereby submits the following exhibits in support of her Motion to Avoid Lien on Real Property:

| Exhibit | Description | Page | Admitted |
|---|---|---|---|
| 1 | Motion to Avoid Lien | 001 | |
| 2 | Evidence of senior liens | 007 | |
| 3 | Abstract of judgment | 013 | |
| 4 | Declaration of Dianna Dunn re Appraisal and Qualifications | 024 | |
| 5 | Dunn Appraisal | 029 | |
| 6 | Dunn Appraisal – Summary of comparables | 074 | |
| 7 | Dunn Appraisal – Comp #1 (16564 Hoffa Lane) | 077 | |
| 8 | Dunn Appraisal – Comp #2 (15911 Rancho Viejo Drive) | 086 | |

| 9 | Dunn Appraisal – Comp #3 (16489 Constable Road) | 101 |
|---|---|---|
| 10 | Dunn Appraisal – Comp #4 (16010 Rancho Viejo Drive) | 118 |
| 11 | Dunn Appraisal – Comp #5 (16422 Rancho Escondido Drive) | 124 |
| 12 | Dunn Appraisal – Comp #6 (15707 Washington Street) | 135 |
| 13 | Dunn Appraisal – Subject data verification | 151 |
| 14 | Dunn Appraisal – Subject market data | 164 |
| 15 | Dunn Appraisal – Photos of aerial view and access roads | 181 |
| 16 | Dunn Appraisal – Photos of elevation and Washington Ave | 190 |
| 17 | Opposition to Motion to Avoid Lien | 194 |
| 18 | Whitmarsh Appraisal | 212 |
| 19 | Whitmarsh Critique – Comp #1 (15740 Rancho Viejo Drive) | 334 |
| 20 | Whitmarsh Critique – Comp #2 (16141 Suttles Drive) | 347 |
| 21 | Whitmarsh Critique – Comp #4 (15206 Kellen Court) | 359 |
| 22 | Reply in Support of Motion to Avoid Lien | 374 |

Date: November 10, 2022

NEXUS BANKRUPTCY

*/s/ Benjamin Heston*

BENJAMIN HESTON,
Attorney for Debtor

2