DO NOT FILE - TO BE ATTACHED TO THE EXHIBITS FOR LODGING

Attorney for Plaintiff/Movant(s): ☐    or    Defendant/Respondent(s): ☑

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

Linda K. Meinberg

**FILED NOV 18 2022**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Debtor(s)

Plaintiff/Movant(s)

vs.

Defendant/Respondent(s)

Case No.: 6:22-bk-11532-WJ

Adversary No.: _____

Chapter 7 ☑    11 ☐    13 ☐

**EXHIBIT REGISTER AND NOTICE**

**RE DISPOSITION OF EXHIBITS**

Hearing Date: November 18, 2022

Hearing Time: 10:00 a.m.

Hearing Place: U.S. Bankruptcy Court

3420 Twelfth St., Suite 384/Courtroom 304

Riverside, CA 92501

### LIST OF EXHIBITS (*NUMBERED, TAGGED AND A BRIEF DESCRIPTION OF EXHIBIT)

1. Exhibit A - Anthony Whitmarsh Licensee Details
2. Exhibit B - Anthony Whitmarsh's Appraisal Report of Real Property
3. Exhibit C - Dianna Dunn's Licensee Details
4. Exhibit D - Dianna Dunn's Appraisal Report of Real Property
5. Exhibit E - Declaration of Sue A. Sauer re: Appraisal of Real Property
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.

B-3024    *    EXHIBITS OF PLAINTIFF/MOVANT(S) SHALL BE MARKED WITH NUMBERS.
EXHIBITS OF DEFENDANT/RESPONDENT(S) SHALL BE MARKED WITH LETTERS.

Revised 12/12

*Linda K. meinberg*

## NOTICE RE DISPOSITION OF EXHIBITS

NOTICE IS HEREBY GIVEN THAT EXHIBITS PRESENTED TO THE COURT MUST BE WITHDRAWN FROM THE CLERK'S OFFICE AFTER THE EXPIRATION OF THE TIME FOR APPEAL, OR WHERE NO APPEAL IS TAKEN, ENTRY OF A STIPULATION WAIVING OR ABANDONING THE RIGHT TO APPEAL, FINAL DISPOSITION OF THE APPEAL, OR BY ORDER OF THE COURT (LOCAL RULE 9070-1).  EXHIBITS MUST BE WITHDRAWN WITHIN THIRTY (30) DAYS OF THIS NOTICE. EXHIBITS WHICH ARE NOT WITHDRAWN SHALL BE DESTROYED.

| | |
|---|---|
| 11-18-22 | **KATHLEEN J. CAMPBELL** |
| Date | U. S. Bankruptcy Court |

By: _____
Deputy Clerk

Disposed of on  1-5-23            Deputy Clerk _____

Withdrawn on _____        By: _____


FILED
JAN -5 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Revised 12/12